# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1054

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| Frankie Adams, also known as | * | |
| "Tank," | * | **[UNPUBLISHED]** |
| | * | |
| Appellant. | * | |
| | * | |

_____

Submitted: September 7, 2000
Filed: September 14, 2000

_____

Before RICHARD S. ARNOLD, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Frankie Adams challenges the sentence imposed by the district court[1] following his guilty plea to conspiracy to distribute and possess with intent to distribute cocaine and cocaine base, in violation of 21 U.S.C. § 846. The district court granted the government's substantial-assistance departure motion and sentenced Adams to 120 months imprisonment and 5 years supervised release. On appeal, counsel moved to

_____

[1]The HONORABLE MICHAEL J. DAVIS, United States District Judge for the District of Minnesota.

withdraw pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the district court's refusal to depart further and its drug quantity finding. Adams has not filed a pro se supplemental brief.

Both of the arguments fail. We do not review the extent of a substantial-assistance departure, <u>see</u> <u>United States v. Dutcher</u>, 8 F.3d 11, 12 (8th Cir. 1993), and we conclude that the district court did not clearly err in its drug-quantity finding, which is amply supported by the plea-hearing statements of Adams and a coconspirator, as well as by Adams's testimony at the trial of his coconspirators, <u>see</u> U.S.S.G. § 1B1.3(a)(1)(B); <u>United States v. Mosby</u>, 177 F.3d 1067, 1070 (8th Cir. 1999) (standard of review), <u>cert. denied</u>, 120 S. Ct. 1260 (2000); <u>United States v. Makes Room</u>, 49 F.3d 410, 415 (8th Cir. 1995) (sentencing judge may consider evidence introduced during proceedings involving codefendants); <u>United States v. Wright</u>, 29 F.3d 372, 374 (8th Cir. 1994) (district court may rely on defendant's admission in determining drug quantity).

In accordance with <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we also have reviewed the record for any non-frivolous issues and have found none. Accordingly, we now affirm and grant counsel's motion to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.